UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/29/2026

PEGGY NESTOR,

          Appellant,

      -v-

ALBERT TOGUT,

          Appellee.

-------------------------------------------------------------------X

24-cv-8404 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On April 8, 2026, the Court ordered appellant to show cause by April 15, 2026, why the appeal should not be dismissed for failure to file a brief in this case in accordance with Fed. R. Bankr. P. 8018(a)(1).  Dkt. No. 5.  Appellant did not respond.

It is hereby ordered that the appeal is DISMISSED.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 29, 2026
     New York, New York

_____
          LEWIS J. LIMAN
        United States District Judge